**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DEBORAH LAMPKIN**<br><br>                    **Plaintiff,**<br>  **vs.**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY,**<br><br>                    **Defendant.** | **Case No.: 8:19-cv-002691-TJS** |

## DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S  MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 105, Defendant

Washington Metropolitan Area Transit Authority ("WMATA"), through its attorney, respectfully

moves for summary judgment on Plaintiff's claim, and for such other relief as the Court deems

just and proper.  In support, WMATA submits its Memorandum of Law, Statement of Material

Facts not in dispute, and Proposed Order, which are being filed contemporaneously with this

motion.

DATE: February 28, 2022

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By:  */s/ Donna L. Gaffney*
         Donna L. Gaffney, #16299
         600 Fifth Street, N.W.
         Washington, D.C. 20001
         (202) 962-2721
         (202) 962-2550 (fax)
         dlgaffney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of February, 2022, a copy of **Defendant**

**WMATA's Motion for Summary Judgment, Statement of Material Facts not in Dispute,**

**Memorandum of Points and Authorities, Exhibit List and Proposed Order** was served via

ECF on:

   Hector Oropeza, Esq.
   199 E. Montgomery Avenue, Suite 100
   Rockville, Maryland 20850
   *Attorney for Plaintiff*


        */s/ Donna L. Gaffney*
        Donna L. Gaffney